**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SHERRI L. COLLIER, | Case No. 2:16-cv-01758-RFB-NJK |
| vs. | **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| ALLIED COLLECTION SERVICES, INC. *et. al.*, | |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant Allied Collection Service, Inc., according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant **Allied Collection Service, Inc.**

DATED this 30th day of January, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**